UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP B. INMAN individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:22-cv-01639-SEB-MG<br>) |
| THE TAP BTOWN, INC.,<br>NATHAN FINNEY, | )<br>)<br>) |
| Defendants. | ) |

**ENTRY OF DISMISSAL**

Having approved the Parties' Settlement Agreement, the Court hereby **DISMISSES** this action without prejudice. The Parties shall notify the Court when all steps necessary to effectuate the Settlement Agreement have been fully completed. At that time, the Court will enter an Order of Final Judgment dismissing this matter in its entirety with prejudice.

IT IS SO ORDERED.

Date:
10/30/2023

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
bellis@hkm.com

Robert Peter Kondras, Jr.
HASSLER KONDRAS MILLER LLP
kondras@hkmlawfirm.com

Benjamin Spencer Perry
BARNES & THORNBURG, LLP (South Bend)
benjamin.perry@btlaw.com

Mark W. Wallin
BARNES & THORNBURG, LLP (Chicago)
mwallin@btlaw.com

Aaron J. Williamson
Kroger Gardis & Regas, LLP
AWilliamson@kgrlaw.com